UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**MAKE JS-6**

CIVIL MINUTES -- GENERAL

Case No.   CV-12-6422-R                                            Date: JULY 30, 2012

Title:   CITIBANK NATIONAL ASSOCIATION etc -V- OSCAR O. TORRES et al
==========================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

    William Horrell                           None Present
   Courtroom Deputy                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

  None                                                                            None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) SUA SPONTE REMANDING ACTION TO STATE COURT

**A district court must remand a case to state court "if at any time before final judgment it appears that the district court lacks subject matter jurisdiction." 28 U.S.C. 1447(c). Because this is an unlawful detainer action, a federal question does not present itself. See Indymac Federal Bank, F.S.B. v. Ocampo, No. CV 09-2337, 2010 WL 234828, *2 (C.D. Cal. Jan. 13, 2010) (sua sponte remanding an action to state court for lack of subject matter jurisdiction where plaintiff's complaint contained only an unlawful detainer claim). As such, this case is now REMANDED TO STATE COURT.**

**IT IS SO ORDERED.**

   cc: counsel of record

MINUTES FORM 11                                   Initials of Deputy Clerk ___WH____
CIVIL -- GEN

cc: Superior Court of California
   Whittier Courthouse
   case no.  12C00581